# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Green Leaf 1 LLC**                                     Case No.  **20-11910**
                                   Debtor(s)                    Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Green Leaf 1 LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Crossroads Enterprises Inc.
907 Winding River Lane
Phoenixville, PA 19460**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 7, 2020** | **/s/ Edmond M. George, Esquire** |
| Date | **Edmond M. George, Esquire 45969** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Green Leaf 1 LLC** |
| | **Obermayer Rebmann Maxwell & Hippel LLP** |
| | |
| | **215-665-3140 Fax:215-665-3165** |
| | **edmond.george@obermayer.com** |

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Green Leaf 1 LLC**  
Debtor(s)

Case No. **20-11910**  
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Rami Barakat**, declare under penalty of perjury that I am the **President** of **Green Leaf 1 LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **2nd** day of April, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Rami Barakat, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Rami Barakat, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Rami Barakat, President** of this Corporation is authorized and directed to employ **Edmond M. George, Esquire 45969**, attorney and the law firm of **Obermayer Rebmann Maxwell & Hippel LLP** to represent the corporation in such bankruptcy case."

Date **April 2, 2020**

Signed **/s/ Rami Barakat**  
*DocuSigned by: Rami Barakat — 8B46185280E040E...*  
**Rami Barakat**

Resolution of Board of Directors
of
**Green Leaf 1 LLC**

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Rami Barakat**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Rami Barakat**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Rami Barakat**, **President** of this Corporation is authorized and directed to employ **Edmond M. George, Esquire 45969**, attorney and the law firm of **Obermayer Rebmann Maxwell & Hippel LLP** to represent the corporation in such bankruptcy case.

Date  **April  2, 2020**　　　　　　　　　　　　　　Signed  **/s/ Rami Barakat**  *Rami Barakat*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　—DocuSigned by—
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　8B46185280E040E...